IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 06-cv-01784-ZLW-PAC

STEPHANIE BERARDINI, on behalf of herself and all others similarly situated,

    Plaintiff,

v.

REGENERATION TECHNOLOGIES, INC., and
BIOMEDICAL TISSUE SERVICES, LTD.,

    Defendants.

_____

ORDER
_____

    After consideration of the case file herein, I hereby exercise my discretion as a senior judge to decline this case. Therefore, it is

    ORDERED that this case is returned to the Clerk's office for reassignment to another judge.

    Dated at Denver, Colorado, this  12  day of September, 2006.

                                     BY THE COURT:

                                     *(signature)*
                                     _____

                                     ZITA L. WEINSHIENK, Senior Judge
                                     United States District Court